No. 17,581.

JEAN B. ISAACSON *v.* F. J. KIRCHOF CONSTRUCTION CO.

(287 P. [2d] 433)

Decided September 6, 1955.

Mr. SOL COHEN, Mr. A. E. SMALL, JR., for plaintiff in error.

Messrs. SHELDON & NORDMARK, for defendant in error.

*En Banc.*

PER CURIAM.

An action to recover damages for injuries sustained by pedestrian. Judgment of dismissal of plaintiff's action affirmed without written opinion.